# EXHIBIT A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| BBK Tobacco & Foods, LLP dba HBI International | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:18-cv-02332-PHX |
| Skunk, Inc., et. al. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Masood R. Khan
      Khan Law Group, LC

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See, Exhibit A.

| Place: Hersh Mannis LLP<br>9150 Wilshire Boulevard, Suite 209<br>Beverly Hills, CA 90212 | Date and Time:<br>November 18, 2019 at 8:00 a.m. PST |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/16/2019

*CLERK OF COURT*
                                                    OR
_____              Frank G. Long
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Plaintiff** BBK Tobacco & Foods, LLP dba HBI International , who issues or requests this subpoena, are:
Frank G. Long, Dickinson Wright PLLC, 1850 North Central Avenue, Suite 1400, Phoenix, AZ 85004; 602-285-5093

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

| Attorney or Party without Attorney<br>Frank G. Long<br>Dickinson Wright PLLC<br>1850 North Central Avenue, Suite 1400<br>Phoenix, AZ 85004 | FOR COURT USE ONLY |
|---|---|
| Telephone No: 602-285-5093    Fax No:(Optional)<br>E-mail Address:<br>Attorney for: Plaintiff    Ref No. or File No: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for the District of Arizona | |
| Plaintiff: BBK Tobacco & Foods, LLP dba HBI International<br>Defendant: Skunk, Inc., et al | |

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT: | CASE NUMBER:<br>2:18-cv-02332-PHX |
|---|---|---|---|---|

After due search, carful inquiry and diligent attempts at the following address(es). I have not been able to effect Service of said process on: **Masood R. Khan- Attorney at 9431 Haven Avenue, Suite 100, Rancho Cucamonga, CA 91730**

Documents: Federal Subpoena

| Date | Time | Results |
|---|---|---|
| 10/17/2019 | 4:43pm | Per Haroon Manijla, Assistant subject never comes in. I gave him my cell number. This is an Executive Suite. |
| 10/21/2019 | 12:12pm | Per Hispanic female subject is not in today. |
| 10/22/2019 | 9:02am | Per same female with Executive Suite subject is not in today. |
| 10/23/2019 | 11:13am | Per same female with Executive Suite subject is not in today. |

Fee for Service:
Registration no: 5980
County: Los Angeles



I declare under penalty of perjury that the foregoing is true true and correct that this declaration was executed on: 11-14-19

Signature: _____

Christian Canas

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| BBK Tobacco & Foods, LLP dba HBI International <br> *Plaintiff* <br> v. <br> Skunk, Inc., et. al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 2:18-cv-02332-PHX |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Masood R. Khan
Khan Law Group, LC

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See, Exhibit A.

| Place: Hersh Mannis LLP <br> 9150 Wilshire Boulevard, Suite 209 <br> Beverly Hills, CA 90212 | Date and Time: <br> November 18, 2019 at 8:00 a.m. PST |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/16/2019

*CLERK OF COURT*

OR

_____         Frank G. Long
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff BBK Tobacco & Foods, LLP dba HBI International, who issues or requests this subpoena, are:
Frank G. Long, Dickinson Wright PLLC, 1850 North Central Avenue, Suite 1400, Phoenix, AZ 85004; 602-285-5093

Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

| Attorney or Party without Attorney:<br>Frank G. Long<br>Dickinson Wright PLLC<br>1850 North Central Avenue, Suite 1400<br>Phoenix, AZ 85004<br>Telephone No: 602-285-5093   Fax No:(Optional)<br>E-mail Address:<br>Attorney for: Plaintiff | | | Ref No. or File No: | | FOR COURT USE ONLY |
|---|---|---|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court for the District of Arizona

Plaintiff: BBK Tobacco & Foods, LLP dba HBI International
Defendant: Skunk, Inc., et al

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT: | CASE NUMBER:<br>2:18-cv-02332-PHX |
|---|---|---|---|---|

After due search, carful inquiry and diligent attempts at the following address(es), I have not been able to effect Service of said process on: **Masood R. Khan- Attorney at 1055 E. Colorado Blvd., Suite 500, Pasadena, CA 91106**

Documents: Federal Subpoena

| Date | Time | Results |
|---|---|---|
| 10/22/2019 | 9:50am | The address provided is an Executive Suite. Many offices here. The subject is only available by appointment. |
| 10/24/2019 | 10:25pm | Per receptionist Lea who works for the Executive Suite subject is not in and has no set schedule. Subject is always in and out of office. He is only available by appointment. |

Fee for Service:
Registration no: 5980
County: Los Angeles

JUDY'S ROADRUNNERS

I declare under penalty of perjury that the foregoing is true true and correct that this declaration was executed on: 11-12-19

Signature: _____
Arturo Ruiz

**NON SERVICE REPORT**