**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| BBK Tobacco & Foods, LLP, an Arizona limited liability partnership, d/b/a HBI International,<br><br>    Plaintiff,<br><br>v.<br><br>Skunk, Inc., a California corporation; Vatra, Inc., a California corporation,<br><br>    Defendants.<br><br>Skunk, Inc., a California corporation,<br><br>    Counterplaintiff,<br><br>v.<br><br>BBK Tobacco & Foods, LLP, an Arizona limited liability partnership, d/b/a HBI International,<br><br>    Counterdefendant. | No. CV-18-02332-PHX-JAT<br><br>**ORDER** |

Upon receiving and reviewing Plaintiff BBK Tobacco & Foods, LLP's ("Plaintiff") Motion to for Alternative Service, and good cause appearing,

IT IS ORDERED authorizing service by (a) emailing the Subpoena *Duces Tecum*, Subpoena for Deposition Testimony, and a copy of this Order; and, (b) mailing, via certified mail, the Subpoena *Duces Tecum*, Subpoena for Deposition Testimony, and a copy of this Order to Mr. Khan's two listed office addresses.

Dated this ___ day of _____, 2020.

                                                                        _____
                                                                        James A. Teilborg
                                                                        Senior United States District Judge